EDWARD D. HARGREAVES, Appellant, v. CHARLES A. JARDINE, Respondent.— Order setting aside verdict modified by limiting it to the ground that the verdict is against the weight of evidence, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty and Seeger, JJ., concur; Scudder, J., dissents.

In the Matter of the Petition of CHARLES CHAMBERS, an Attorney and Counselor at Law, to Determine and Enforce an Attorney's Lien, Respondent. SOCRATES D. KARADISH, Appellant.— Order reversed upon the law, with ten dollars costs and disbursements, and the matter remitted to the Special Term to take proof upon the issues presented. We are of opinion that in this case, in determining and enforcing an attorney's lien, such issues were presented that the demands of justice require a hearing either in open court or before a referee. (Matter of Speranza, 186 N. Y. 280; Matter of King, 168 id. 53, 58.) Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

FRED C. JENNINGS CONSTRUCTION CO., INC., Appellant, v. NORK HOME CORPORATION, Respondent.— Order granting judgment on the pleadings and dismissing complaint reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the complaint states a cause of action. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

GEORGE T. KELLY, Respondent, v. BIRCH BROOK CO., INC., and 57 PONDFIELD ROAD, INC., Appellants.— Judgment as to defendant Birch Brook Co., Inc., unanimously affirmed, with costs. No opinion. Judgment as to defendant 57 Pondfield Road, Inc., modified by striking out the provision for a personal judgment against said defendant (Gilmour v. Colcord, 183 N. Y. 342, 345), and as so modified unanimously affirmed, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

HELEN HOWARD MADDREN, Respondent, v. WILLIAM HARVEY MADDREN, Appellant.— Order modified by striking out the last paragraph thereof and by substituting therefor a provision that defendant pay plaintiff alimony at the rate of sixty dollars a week from January 30, 1928. As so modified, the order is affirmed, without costs. The court was without power, under the circumstances herein, to make the alimony payable from a day prior to the date of the notice of motion. (Thrall v. Thrall, 83 Hun, 188; Beebe v. Beebe, 158 App. Div. 948.) Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

CARRIE MASTRONARDI, Respondent, v. CHARLES A. MASTRONARDI, Appellant. — Order granting plaintiff's motion for counsel fee and alimony pendente lite affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.